IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

OATES FOOD SERVICES II, LLC,
a Virginia limited liability company,

  Plaintiff,

v.              Case No. 2:23cv272-EWH-RJK

CITY COUNCIL OF THE CITY OF NORFOLK, VIRGINIA,
in its official capacity, *et al.*,

  Defendants.

## JOINT NOTICE OF SETTLEMENT

  COMES NOW the Plaintiff Oates Food Services II, L.L.C., and the Defendants City of Norfolk, Norfolk City Council, and current and former members of the Norfolk City Council, through undersigned counsel, and submit this Joint Notice of Settlement to the Court. The Parties have reached agreement to fully resolve and settle the above-styled action and are in the process of finalizing the settlement agreement and will be timely filing a stipulation of dismissal with prejudice.

  Dated: December 15, 2023

               OATES FOOD SERVICES II, LLC,
               a Virginia limited liability company

               /s/ _____
               Of Counsel

Richard H. Ottinger, Esq. (VSB No. 38842)
W. Thomas Chappell, Esq. (VSB No. 87389)
Katherine M. Lennon, Esq. (VSB No. 92358)
WOODS ROGERS VANDEVENTER BLACK PLC
101 W. Main Street, 500 World Trade Center
Norfolk, VA 23510
(757) 446-8600- Telephone

(757) 446-8670- Facsimile
richard.ottinger@wrvblaw.com
thomas.chappell@wrvblaw.com
kate.lennon@wrvblaw.com
*Counsel for Plaintiff*

CITY OF NORFOLK, NORFOLK CITY COUNCIL, and CURRENT AND FORMER MEMBERS OF NORFOLK CITY COUNCIL

_____
Of Counsel

Adam D. Melita, Esq. (VSB No. 41716)
Katherine A. Taylor, Esq. (VSB No. 82820)
City Attorney's Office
810 Union Street
Norfolk, VA 23510
(757) 664-4529 – Telephone
(757) 664-4201 – Facsimile
adam.melita@norfolk.gov
katherine.taylor@norfolk.gov
*Counsel for Defendants*

2