IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

OATES FOOD SERVICES II, LLC,
a Virginia limited liability company,

    Plaintiff,

v.                                            Case No. 2:23cv272-EWH-RJK

CITY COUNCIL OF THE CITY OF NORFOLK, VIRGINIA,
in its official capacity, *et al*.,

    Defendants.

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 4l(a)(l)(A)(ii), all parties, by and through their attorneys, hereby jointly stipulate to dismiss the above captioned action in its entirety with prejudice in view of a settlement agreement among the parties. Each party shall bear its own costs, expenses, and fees.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Richard H. Ottinger, Esq. (VSB No. 38842) | Adam D. Melita, Deputy City Attorney |
| W. Thomas Chappell, Esq. (VSB No. 87389) | Virginia State Bar Number 41716 |
| Katherine M. Lennon, Esq. (VSB No. 92358) | Katherine A. Taylor, Assistant City Attorney |
| WOODS ROGERS VANDEVENTER BLACK PLC | Virginia State Bar Number 82820 |
| 101 W. Main Street, 500 World Trade Center | City Attorney's Office |
| Norfolk, VA 23510 | 810 Union Street |
| (757) 446-8600- Telephone | Norfolk, VA 23510 |
| (757) 446-8670- Facsimile | Phone: 757-664-4366 |
| richard.ottinger@wrvblaw.com | Fax:  757-664-4201 |
| thomas.chappell@wrvblaw.com | Email: adam.melita@norfolk.gov |
| kate.lennon@wrvblaw.com | Email: katherine.taylor@norfolk.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |